

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00093-CR

Ryan **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11801
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 12, 2018.

Sandee Bryan Marion, Chief Justice